■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT WELKA, Appellant. (Appeal No. 2.) [616 NYS2d 321] — Judgment unanimously affirmed. Same Memorandum as in *People v Welka* (206 AD2d 894 [decided herewith]). (Appeal from Judgment of Chautauqua County Court, Adams, J.— Burglary, 2nd Degree.) Present—Green, J. P., Lawton, Fallon, Doerr and Boehm, JJ.